UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRACEY GARY,

        Plaintiff

  -against-

STATE OF NEW YORK DEPARTMENT OF
CORRECTIONAL SERVICES,

        Defendant
------------------------------------------------------------x

NOTICE OF APPEARANCE

08-CV-1157 (JSR)

SIRS:

    PLEASE TAKE NOTICE, that the undersigned hereby appears, along with Gregory A. Tsonis, Esq., on behalf of Plaintiff TRACEY GARY, in the above-entitled action.

    PLEASE TAKE FURTHER NOTICE, that the undersigned demands that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office stated below.

Dated:  Carle Place, New York
          February 8, 2008

                                              Very truly yours,

                                              LEEDS MORELLI & BROWN, P.C.
                                              *Attorneys for Plaintiff*
                                              One Old Country Road, Suite 347
                                              Carle Place, New York 11514
                                              (516) 873-9550

                                              /s/ _____
                                              Matthew S. Porges (MP-5826)