UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
TRACEY GARY,

        Plaintiff,                    08-CV- 1157 (JSR)

    - against -

                                         **NOTICE OF APPEARANCE**

STATE OF NEW YORK DEPARTMENT OF
CORRECTIONAL SERVICES,

           Defendant.
--------------------------------------------------------------X

        Please take notice that the undersigned attorney, duly admitted to practice in this

Court, represents defendant State of New York Department of Correctional Services in this action.

Please direct all further correspondence and/or electronic notices to the undersigned.


Dated:  New York, New York
        April 15, 2008


                          s/ Maria Barous Hartofilis

            _____
            MARIA BAROUS HARTOFILIS (MBH-5350)
            Assistant Attorney General
            120 Broadway, 24th Floor
            New York, NY  10271
            (212) 416-6295
            Maria.Hartofilis@oag.state.ny.us

**DECLARATION OF SERVICE**

MARIA BAROUS HARTOFILIS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on the 15th day of April, 2008, I caused to be served a Notice of Appearance in this matter, on behalf of defendant State of New York Department of Correctional Services, upon the following named persons:

> Matthew Scott Porges, Esq.
> Gregory Aris Tsonis, Esq.
> Leeds Morelli & Brown, P.C.
> One Old Country Road
> Suite 347
> Carl Place, NY 11514

plaintiff's counsel, by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained by the government of the United States at 120 Broadway, New York, New York 10271, directed to said counsel for plaintiff at the address within the State designated by them for that purpose.

s/ Maria Barous Hartofilis

_____
Maria Barous Hartofilis

Executed on April 15, 2008