UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRACEY GARY,

                Plaintiff,

   - against –                                          Docket No.: 08 CV 1157 (JSR)

STATE OF NEW YORK DEPARTMENT
OF CORRECTIONAL SERVICES,

                Defendant.
------------------------------------------------------------X

STATE OF NEW YORK )                      ) ss.:
COUNTY OF NASSAU   )

Ricardo E Guerra, being duly sworn, deposes and says that I am not a party to this action, am over 18 years of age and reside in Freeport, New York.

On June 10, 2008, I served a copy of the following document the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    MARIA BAROUS HAROFILIS
    Assistant Attorney General
    Attorney for Defendant
    120 Broadway, 24th Floor
    New York, New York 10271
    (212)416-6295

                                                        _____
                                                        RICARDO E. GUERRA

Sworn to before me this
12th day of June, 2008

_____
Notary Public

        JAIME LYNN ECKL
   Notary Public, State of New York
        No. 02EC6185826
    Qualified in Nassau County
  Commission Expires April 21, 20 12