```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TRACEY GARY,                          :
                                      :
              Plaintiff,              :    08 Civ. 1157 (JSR)
                                      :
         -v-                          :         ORDER
                                      :
STATE OF NEW YORK                     :
DEPARTMENT OF CORRECTIONAL SERVICES,  :
                                      :
              Defendant.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 6/24/08, plaintiff's Family and Medical Leave Act claim is dismissed with prejudice, as are the purported claims for discrimination on the basis of disability, race and color. The motion to dismiss is, in all other respects, denied. All discovery is hereby stayed until defense counsel can conduct an initial deposition of the plaintiff, not to exceed seven hours, which shall occur no later than July 11, 2008. Thereafter, all other discovery (which may include a further deposition of plaintiff, not to exceed an additional seven hours) shall proceed and be completed in accordance with the existing case management plan.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-08